# BOWIE & JENSEN, LLC

ATTORNEYS AT LAW
210 WEST PENNSYLVANIA AVENUE, SUITE 400
TOWSON, MARYLAND 21204-4511
HTTP://WWW.BOWIE-JENSEN.COM
INFO@BOWIE-JENSEN.COM
(410) 583-2400
FAX (410) 583-2437

JOSHUA A. GLIKIN                                                                                          GLIKIN@BOWIE-JENSEN.COM

June 30, 2021

*<u>Via Electronic Filing</u>*
The Honorable Ellen L. Hollander
District Judge, United States District Court
  for the District of Maryland

    **Re:**   JFY v. Obrecht, et al.
       Case No. 1:17-cv-01653

Dear Judge Hollander:

  I write on behalf of Plaintiff/Counter-Defendant, JFY Properties II, LLC, to respectfully request a short phone call at your earliest convenience to discuss scheduling and any particular requirements or preferences of yours pertaining to pretrial procedure and required documents, including the contents of the pretrial memorandum, jury instructions, and proposed voir dire. I do not anticipate needing more than ten minutes for the call.

  Thank you for considering this request.

            Respectfully,

            */s/ Joshua A. Glikin*

            Joshua A. Glikin

cc: Steven E. Tiller, Esquire (via ECF)
   Jason C. Brino, Esquire (via ECF)